**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   20-mj-222 DTS |
| | ) | Date:   March 19, 2020 |
| Muhammad Masood, | ) | Courthouse:   Minneapolis |
| | ) | Courtroom:   9E |
| Defendant, | ) | Time Commenced:   2:48 p.m. |
| | ) | Time Concluded:   2:54 p.m. |
| | | Time in Court:   6 minutes |

APPEARANCES:

Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
   X FPD          X To be appointed

Date Charges Filed: 3/19/2020          Offense: attempt to provide material support to a designated foreign terrorist organization

   X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is March 24, 2020 at 2:30 p.m. via video conference before U.S. Magistrate Judge David T. Schultz, CR 9E Mpls for:
   X Detention hrg          X Preliminary hrg

X Government moves to unseal the case.          X Granted

Additional Information:

                                                                             s/Janet Midtbo
                                                                             Signature of Courtroom Deputy